IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:09 cr 29-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| ALBERT ESPINOZA. | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned pursuant to a motion filed by the Government entitled "Motion for Hearing Regarding Conflict of Interest" (#196). It appearing from an examination of the record in this cause that Defendant's counsel does not object to a hearing in regard to this motion. The undersigned will order that a hearing be scheduled in this matter on June 20, 2011 at 10:30 o'clock a.m. Defendant and his counsel are required by this Order to be present for the hearing of the motion. A copy of this Order shall be delivered to the United States Marshal's Service. The undersigned would further direct that the Government issue such process as is necessary to secure the attendance of Defendant for this hearing.

**ORDER**

**IT IS, THEREFORE, ORDERED** that a hearing in regard to the motion entitled "Motion for Hearing Regarding Conflict of Interest" (#196) will be scheduled

for Monday, June 20, 2011 at 10:30 a.m. in Courtroom #1 at the United States District Court Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina. Defendant's counsel is required, by this Order, to be present for the hearing of this motion. A copy of this Order shall be delivered to the United States Marshal's Service. The Government is directed to issue such process as is necessary to secure the attendance of Defendant for this hearing.

Signed: June 7, 2011

Dennis L. Howell
United States Magistrate Judge