IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:09 CR 29-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| ALEBERT ESPINOZA. | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** has come before the Court, pursuant to a motion filed by L. Aron Pena, counsel for Defendant entitled "Unopposed Motion to Reschedule Hearing" (#198) and a motion entitled "Motion to Withdraw Request for Continuance Hearing" (#199). It appears from the motions that L. Aron Pena had initially requested a continuance of the hearing that has been scheduled in this matter for July 5, 2011 and filed a motion requesting such a continuance. However, thereafter Mr. Pena filed a notice that he was withdrawing such motion.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the motion entitled "Motion to Withdraw Request for Continuance Hearing" (#199) is hereby **ALLOWED** and the motion entitled "Unopposed Motion to Reschedule Hearing" (#198) is hereby considered to be withdrawn and **DENIED.**

Signed: July 12, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge